

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Roxanne Monique Kennedy

Appellate case number:    01-20-00061-CV

Trial court case number:   15-FD-2255

Trial court:                     306th District Court of Galveston County

The Court denied relator Roxanne Monique Kennedy's motion for rehearing but withdrew the original opinion and issued a revised opinion on December 22, 2020. The Court also dismissed as moot relator's motion for en banc reconsideration as moot.

Relator has filed a motion to reconsider our dismissal of relator's motion for en banc reconsideration.

We grant the motion. The Court withdraws its ruling on the motion for en banc reconsideration and reinstates the motion as pending.

It is so ORDERED.


Judge's signature: ___Justice Peter Kelly_____
                         ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Kelly


Date:   __May 18, 2021_____